**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-22755-CIV-D'ANGELO**

**EVA ROSEMARIE**
**LOPEZ ECHEGOYEN,**

**Plaintiff,**

**vs.**

**UNITED STATES CITIZENSHIP**
**AND IMMIGRATION SERVICES et al.,**

**Defendants.**
_______________________________________/

**ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S**
**MOTION FOR LEAVE TO FILE MOTION FOR SUMMARY JUDGMENT**

**THIS CAUSE** is before the Court upon Plaintiff Eva Rosemarie Lopez Echegoyen's Motion for Leave to File a Motion for Summary Judgment filed on September 25, 2025 (DE 19).[1] On June 18, 2025, Plaintiff filed her Complaint (DE 1), and Defendants filed their Motion to Dismiss for Lack of Subject Matter Jurisdiction on August 18, 2025 (DE 11). On September 15, 2025, the Court issued its Order Setting Trial, Calendar Call, Pretrial Deadlines and Pretrial Procedures, setting June 15, 2026 as the deadline for discovery (DE 18). Given that discovery has not closed and a Motion to Dismiss remains pending, Plaintiff's request to file a Motion for Summary Judgment is premature. *See Arthrex, Inc. v. Parcus Med., LLC*, No. 10-CIV-151, 2013 WL 1100627, at *1 (M.D. Fla. Mar. 15, 2013) (denying summary judgment as premature when it was filed "well before" the discovery deadline).

---

1 Pursuant to Administrative Order 2024-10 ("Administrative Order"), the undersigned United States Magistrate Judge has been assigned as the presiding judge for all purposes in this case, including entering a dispositive order and final judgment.

Accordingly, Plaintiff's Motion for Leave to File a Motion for Summary Judgment (DE 19) is **DENIED WITHOUT PREJUDICE** as premature. Plaintiff may file a Motion for Summary Judgment later in the proceedings after the Court has adjudicated the Motion to Dismiss.

**DONE and ORDERED** in Chambers in Miami, Florida on this 30th day of September, 2025.

ELLEN F. D'ANGELO
UNITED STATES MAGISTRATE JUDGE

cc: *Pro Se* Plaintiff Eva Rosemarie Lopez Echegoyen
All Counsel of Record